In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00181-CV**
_____

**IN RE QUADVEST, L.P. AND WOODLAND OAKS UTILITY, L.P.**

**Original Proceeding**
**284th District Court of Montgomery County, Texas**
**Trial Cause No. 20-08-10189-CV**

**ORDER**

Quadvest, L.P. and Woodland Oaks Utility, L.P., Relators, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relators are defendants in Trial Cause Number 20-08-10189-CV, *San Jacinto River Authority v. Quadvest, L.P. d/b/a Quadvest Water and Sewer Utility and Woodland Oaks Utility, L.P.* Relators seek a writ compelling the Honorable Kristin Bays, Judge of the 284th District Court of Montgomery County, Texas, to abate Trial Cause Number 20-08-10189-CV pending resolution of an accelerated appeal in Trial Cause Number 19-09-12611-CV. *See* Tex. Gov't Code Ann. § 22.221.

1

Relators request that all further proceedings in Trial Cause Number 20-08-10189-CV, including discovery, in the trial court be stayed while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all discovery and all further trial court proceedings in Trial Cause Number 20-08-10189-CV are STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relators as a condition to any relief herein granted.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED July 13, 2021.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.